UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

RAPID CITY DIVISION

Robert Carmelo Torre                         )
     *Plaintiff*                           )
                                 )     Case No.  5:24-cv-5030
vs.                                          )
                                   )
State of California                           )
Gavin Christopher Newsom                     )
Robert Andres Bonta                          )
Selvi C. Stanislaus                          )
     *Defendants*                         )
                                   )

## COMPLAINT

I.      The grounds for this case in a Federal Court are from a legal action the State of California took against Mr. Robert Torre, through their Franchise Tax Board, which resulted in the theft of $321.00 from Mr. Torre's Wells Fargo bank account on or about September 25th 2023. At the time Mr. Torre was a resident of South Dakota. Mr. Torre was never notified of any California Tax Court action against him, was never served any papers and was never given the opportunity to defend himself.

These actions by the State of California are a direct violation of Mr. Torre's Constitutional Rights given by Article III Section 2 and the 7th Amendment, and as such, Mr. Torre has the authority to bring this action by 42 U.S.C. § 1981a and 42 U.S.C. § 1983.

II.     Plaintiff, Robert Carmelo Torre, resides at
212 West Fifth Street
Oelrichs, Fall River County,
South Dakota, 57763, (605) 872-9453

1

III.    Defendant, State of California, is represented by the
California Department of Justice
1300 I Street
Sacramento, Sacramento County,
California, 95814, (916) 210-6276


Defendant Gavin Christopher Newsom, Governor, is located at
Office of Governor
1021 O Street Suite 9000,
Sacramento, Sacramento County
California, 95814, (916) 445-2841


Defendant Rob Andres Bonta, Attorney General, is located at
Department of Justice
1300 I Street,
Sacramento, Sacramento County
California, 95814, (916) 210-6276


Defendant Selvi C. Stanislaus, Executive Officer, Franchise TaxBoard, is located at
Franchise Tax Board
9645 Butterfield Way
Sacramento, Sacramento County
California 95827, (916) 845-4941



IV.                    STATEMENT  OF CLAIM

Mr. Robert Carmelo Torre was living in Oelrichs, South Dakota, in September of 2023
when he was notified by his bank, Wells Fargo, that a Legal Order Debt collection of
$196.00 and a Legal Fee of $125.00 were deducted from his bank account. The only
information regarding who ordered this collection was a phone number, (916) 845-4064,
and an Internet Website URL of ftb.ca.gov. Both the phone number and URL are for the
California Franchise Tax Board. Mr. Torre was never notified of this action, was never
served a Subpoena or other Court papers, and was never given the opportunity to dispute
and defend against this action. The major problem with the legal actions of the State of
California is that, with Mr. Torre living and physically present in the State of South
Dakota, California did not have the Jurisdiction over Mr. Torre to commence it's legal
action against him. If they were to try Mr. Torre, he would have to be present in the
Courtroom where the action was taken, which would have been in the State of California.

2

When Mr. Torre learned that the theft of his monies was on order from the State of California, Mr. Torre wrote Demand Letters to Mr. Gavin Newsom, Mr. Rob Bonta, and Ms. Selvi Stanislaus. Mr. Gavin Newsom, being the Governor of California, is in charge of the operation of the California State Government and responsible for the Constitutionality of the operations of the various departments and entities that partake the operations of the State of California. Mr. Rob Bonta, being the Attorney General of the State of California, is responsible for the proper and Constitutional operations of the Courts within the State of California. Ms. Selvi Stanislaus, being the Executive Officer of the California Franchise Tax Board, is responsible for the proper and Constitutional operations of the Franchise Tax Board and it's divisions.

The Demand letters asked for $1000.00 in compensation for the monies stolen from his bank account and to compensate for the time and other costs Mr. Torre suffered in addressing this injustice, which included having to close the Wells Fargo account, open a new account at another financial institution, and the hassle of not being able to write checks to pay bills which forced Mr. Torre to use bank checks for the bills that were due when which required him to travel from Oelrichs to Hot Springs to visit his new bank.

None of the fore mentioned parties replied to Mr. Torre's Demand letters. Wells Fargo Bank also did very little to assist Mr. Torre with the actions that were taken against him, they have never delivered to Mr. Torre any of the documentation from the State of California sent to Wells Fargo Bank regarding this case, even though Mr. Torre has requested these documents several times.

V.                                    RELIEF

Mr. Robert Carmelo Torre Petitions the Court to Order the State of California to reimburse his financial losses their action has caused Mr. Torre. The acts of all the parties involved are also Criminal Activities according to 18 U.S.C. § 241 Conspiracy Against Rights, 18 U.S.C. § 242 Deprivation of Rights Under Color Of Law, 18 U.S.C. § 1962 Prohibited Activities. Since all of the violations of the 18 U.S.C. Laws have penalties of fines and imprisonment, Mr. Torre also Petitions the Court to allow Punitive Damages be paid to Mr. Torre in lieu of the human Defendants being subject to Criminal Prosecutions, and as punishment to the State of California to undertake such Illegal and Unconstitutional activities.

VI.                              MONEY DAMAGES

A. The actions of the State of California, the Defendants of this case, and other unknown actors of the State of California did cause Mr. Torre monetary losses.

3

B. Direct losses of $321.00. Indirect losses from the action of the State of California include the time needed to travel to and from Hot Springs South Dakota from Mr. Torre's residence in Oelrichs several times, the time of having to close and open bank accounts, the time of traveling to his bank for bank checks, the time and cost of the Demand Letters, and the cost of the gas other auto expenses to cover the travel to and from Mr. Torre's residence to Hot Springs. There are no banks or stores in Oelrichs and the small post office is only open 4 hours in the morning. Hot Springs is the closest town with banks, stores, and a typical post office, which is about 25 miles from Oelrichs. Mr. Torre feels that an amount of $1000.00 plus the costs of this lawsuit would be a just compensation for the direct and indirect monetary losses Mr. Torre has suffered.

Since the actions of the State of California and the Defendant Parties are criminal under United States Code, Mr. Torre also requests Punitive Damages of $10,000,000 against the State of California, $1,000,000 against Mr. Gavin Newsom, $1,000,000 against Mr. Rob Bonta and $1,000,000 against Ms. Selvi Stanslaus. It is not proper, and should never be allowed, when Government Officials conspire and use their authority to commit theft by violating the Constitutional Rights of someone that does not even live in their State.

VII.    At this time Mr. Torre does not believe the State of California is doing any other activities to steal more monies or perform any other injury to him.

VIII.    Mr. Robert Carmelo Torre does request a Jury Trial.

I declare under Penalty of Perjury that the foregoing is true and correct.

Signed this 6th day of April , 2024

_____
Signature of Plaintiff

4

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Robert Carmelo Torre

**(b)** County of Residence of First Listed Plaintiff Fall River, SD
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

## DEFENDANTS

State of California, Gavin C. Newsom, Robert A. Bonta, Selvi C. Stanisky

County of Residence of First Listed Defendant Sacramento, CA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability    ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &    Pharmaceutical Slander    Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability    ☐ 368 Asbestos Personal ☐ 340 Marine    Injury Product ☐ 345 Marine Product    Liability | | ☐ 835 Patent - Abbreviated New Drug Application ☐ 840 Trademark | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability    **PERSONAL PROPERTY** ☐ 350 Motor Vehicle    ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | Product Liability    ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal    Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury    ☐ 385 Property Damage ☐ 362 Personal Injury -    Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | Exchange ☐ 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights    **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment    ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 245 Tort Product Liability | Accommodations    ☐ 530 General | | 26 USC 7609 | Agency Decision |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty Employment    **Other:** | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other Other    ☐ 550 Civil Rights | ☐ 462 Naturalization Application ☐ 465 Other Immigration | | |
| | ☐ 448 Education    ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C 1981a    42 U.S.C 1983

Brief description of cause:
California Court action against South Dakota Citizen

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE 5-6-24

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Robert Torre
PO Box 47
Oelrichs SD 57763

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7022 3330 0001 0484 4937




**Retail**

57701

**RDC 99**

U.S. POSTAGE PAID
FCM LETTER
HOT SPRINGS, SD 57747
MAY 06, 2024

**$5.56**

R2304Y121922-06

CLERK, UNITED STATES DISTRICT COURT
515 NINTH ST.
RAPID CITY SD 57701

X-RAYED BY
SOUTH DAKOTA